CHRISTOPHER R. CLARK (CA Bar No. 124393)
FINGAL, FAHRNEY & CLARK, LLP
5120 Campus Drive, Suite 200
Newport Beach, California 92660
Tel. (949) 723-8100
Fax (949) 723-8108

JS - 6

Attorneys for Plaintiff
Panama West, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAMA WEST, INC., a California corporation, | Case No.: SACV 14-01412 DOC (ANx) |
| Plaintiff, | Honorable David O. Carter |
| vs. | Courtroom: 9D |
| PANAMA JACK, INC., a Florida corporation; and DOES 1 through 100, inclusive, | **ORDER DISMISSING CASE** |
| Defendants. | Complaint Filed: July 31, 2014<br>Date Removed: September 3, 2014<br>Trial Date: September 27, 2016 |

## ORDER

Pursuant to the Stipulation of all parties to this action, the Court hereby dismisses the entire action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 6, 2016

_David O. Carter_
Honorable David O. Carter
United States District Court Judge

FINGAL, FAHRNEY & CLARK, LLP
ATTORNEYS AT LAW
5120 CAMPUS DRIVE, SUITE 200
NEWPORT BEACH, CALIFORNIA 92660

[PROPOSED] ORDER